United States District Court
Southern District of Texas

**ENTERED**
May 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROLANDO CASTRO, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-19-2348 |
| § | |
| § | |
| BRYAN COLLIER, et al., § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on ____May 26____, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE